# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Dorothy Pierce | |
| _Plaintiff_ | Civil Action No.    8-22-cv-175-TMC |
| v. | |
| Clements Electrical Inc; Alton Frederick Clements, Jr; Janet Gay Clements; Jason Alton Clements; Nicholas Behringer; Brandon J Durham; Jeffery Pilgrim; Richard Hunt McDuff; Morrell, Jahn & McDuff, PA _a/k/a MJM Law LLC_; Sherry L Burgess; Jerry Nickolson; Francesco Majia Armando Frank; Melissa C Chastain; Jared Adam Pierce; Sandra Philips Pierce, | |
| _Defendant(s)_ | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

■  other: this action is DISMISSED without prejudice.


This action was:

■ decided by the Honorable Timothy M. Cain.


Date:    March 7, 2022

_CLERK OF COURT_

s/L K McAlister, Deputy Clerk

_Signature of Clerk or Deputy Clerk_